MIRIAM L. BELL, Appellant, *v.* FREDERICK C. METZ, JR., Respondent.

(Argued April 17, 1929; decided May 3, 1929.)

*Emanuel S. Cahn* for appellant.

*R. Randolph Hicks* and *Lloyd F. Thanhouser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.